**Opinion issued May 14, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00921-CV

————————————

**CARI MOORE, Appellant**

**V.**

**DEREK N.T. MOORE, Appellee**

On Appeal from the 280th District Court
Harris County, Texas
Trial Court Case No. 2018-26388

## MEMORANDUM OPINION

This is an appeal from the trial court's October 12, 2018 order denying an application for protective order and dissolving a temporary ex parte protective order. Appellant's brief was originally due on March 28, 2019. On April 5, 2019, we issued a notice advising appellant that unless the brief was filed within ten days, we might

dismiss the appeal for want of prosecution. Appellant neither timely filed a brief nor requested an extension. *See* TEX. R. APP. P. 38.8(a)(1) (appellate court may dismiss for want of prosecution for failure to file appellant's brief).

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), 43.2(f). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Hightower.